Motion granted.  To the extent that the parties anticipate a motion on attorney's fees, the parties shall have until 14 days *after* the Court rules on the intended motion to file their stipulated dismissal.
*/s/ John R. Adams*
U.S. District Judge
June 12, 2026

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| KEISHA GRANT, | **Case No.:**  5:25-cv-2383 |
| Plaintiff, | Honorable John R. Adams |
| v. | Honorable Carmen E. Henderson |
| EQUIFAX INFORMATION SERVICES, LLC, | **SECOND STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff Keisha Grant ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") (together "The Parties") through undersigned attorneys request additional time for the dismissal of Equifax.

Plaintiff's Stipulation of Dismissal against Equifax is Due June 11, 2026 [Doc. 22]. Plaintiff filed an Acceptance of Offer of Judgment on March 11, 2026 [Doc. 18]. Thereafter, the Parties in good faith attempted to resolve the issue of Plaintiff's claimed attorneys fees and costs, but were unable to come to an agreement. Accordingly, Plaintiff's counsel will be filing a Motion for Attorney's Fees in this matter.

Therefore, the Parties Stipulate and request that the Court extend the deadline to file a Stipulation of Dismissal with prejudice as to Defendant Equifax to July 13, 2026.

///

1